## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| BAILEY WHITE, real party of interest and administrator of the estate of SHANDLE MARIE RILEY, *et al.*, | ) ) ) | Lead Case No. 1:19-cv-304 |
| | ) | Member Case Nos. |
| *Plaintiffs*, | ) | 1:19-cv-305 |
| | ) | 1:20-cv-44 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| HAMILTON COUNTY GOVERNMENT, *et al.*, | ) ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

---

### ORDER

---

For the reasons stated in the accompanying memorandum opinion, Case No. 1:20-cv-44, is **SEVERED** and **REMANDED** to the Circuit Court for Hamilton County, Tennessee. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT

1